UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | |
|---|---|
| Stanley Schmitigal, and Marjorie Schmitigal, Plaintiffs, v. Paul Twohig, and Ford Motor Company, Defendants. | C/A no. 9:19-cv-01511-DCN |

## STATEMENT OF DEATH OF STANLEY SCHMITIGAL
_____

Under Rule 25, FRCP, plaintiffs give notice to all parties of record that Stanley Schmitigal is deceased. His daughter, Linda Schmitigal Snyder, was appointed personal representative of his estate on February 5, 2020, and she has authorized plaintiffs' counsel to open an ancillary estate for the purpose of moving the court to substitute her, as personal representative of the Estate of Stanley Schmitigal, as a named plaintiff in this action.

Respectfully,

Signature page below.

**RICHARDSON, PATRICK, WESTBROOK & BRICKMAN**

By:  ___s/Chris Moore_____
Chris Moore (Fed Id. No. 10445)
1513 Hampton Street
Columbia, SC 29201
803.541.7850

Terry E. Richardson, Jr.
1730 Jackson Street
Barnwell, SC 29812
803.541.7850

**AKINS LAW FIRM, LLC**
Dale Akins
6 Johnston Way
Suite A
Bluffton, SC 29910
843.757.7574

**Attorneys for plaintiffs**

February 25, 2020
Columbia, South Carolina